**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-6516**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

RAHEEM OLIVER,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:18-cr-00009-CMH-1)

───────────

Submitted:  November 22, 2022                                Decided:  November 29, 2022

───────────

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Raheem Oliver, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raheem Oliver appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  We review a district court's denial of a compassionate release motion for abuse of discretion.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021).  We have reviewed the record and conclude that the district court did not abuse its discretion and sufficiently explained the reasons for the denial.  *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion).  We therefore affirm the district court's order.  *United States v. Oliver*, No. 1:18-cr-00009-CMH-1 (E.D. Va. filed Apr. 18, 2022 & entered Apr. 19, 2022 ).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*